CAMILLA PULESTON v. FRANK C. ALDERMAN, et al.

19 So. (2nd) 110                          June Term, 1944
September 8, 1944                              Division A

*Leitner & Leitner,* attorneys for plaintiff.

*Frank C. Alderman, Jr., Treadwell & Treadwell* and *J. Lewis Hall,* attorneys for defendant.

PER CURIAM:

Motion for determination of certified question should be denied on authority of J. Schwob Co. of Florida v. Florida Industrial Commission, 11 So. (2nd) 782, 152 Fla. 203. Denial of request for oral argument necessarily follows.

So ordered.

BUFORD, C. J., TERRELL, CHAPMAN and ADAMS, JJ., concur.